## Long's Estate.

Argued May 22, 1902. Reargued Oct. 13, 1902. Appeal, No, 170, Jan. T., 1902, by the board of directors of the city trusts of Lancaster, from decree O. C. Lancaster Co., sustaining exceptions to auditor's report in estate of Catharine H. Long, deceased. Before McCOLLUM, C. J., MITCHELL, DEAN, FELL, MESTREZAT and POTTER, JJ., on reargument. Dismissed.

OPINION BY MR. JUSTICE POTTER, November 11, 1902:

We have filed an opinion in the Appeal of the Long Park Commission at No. 169, January term, 1902, taken from this same decree. It is therefore unnecessary to discuss the questions raised by the assignments of error on this appeal, which is dismissed at appellant's costs.